**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

JAMES EDWARD JONES,

     Plaintiff(s),

v.

DESIGNED RECEIVABLE SOLUTIONS, INC., et al.,

     Defendant(s).

Case No.: 2:21-cv-00076-JAD-NJK

**Order**

[Docket No. 21]

This is a multi-defendant case in which several Defendants have already appeared. Pending before the Court is a joint motion for a month-long extension to Defendant Equifax's deadline to answer the complaint. Docket No. 21. Equifax previously received a month-long extension, at which time it was cautioned that "**NO FURTHER EXTENSIONS WILL BE GRANTED**." Docket No. 14 at 2 (emphasis in original). The pending request for further extension ignores that warning. Moreover, the bare reference to settlement discussions is insufficient to justify a further extension at this juncture. *Cf. Gerawan Farming v. Rehrig Pac. Co.*, 2013 U.S. Dist. 39121, at *12-13 (E.D. Cal. Mar. 19, 2013). Accordingly, the joint motion for extension is **DENIED**. As a one-time courtesy, however, the deadline will be extended by two days to April 23, 2021.

IT IS SO ORDERED.

Dated: April 21, 2021

_____
Nancy J. Koppe
United States Magistrate Judge