COGBURN LAW
Jamie S. Cogburn, Esq.
Nevada Bar No. 8409
jsc@cogburncares.com
Erik W. Fox, Esq.
Nevada Bar No. 8804
ewf@cogburncares.com
2580 St. Rose Parkway, Suite 330
Henderson, Nevada 89074
Telephone: (702) 748-7777
Facsimile: (702) 966-3880
*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JAMES EDWARD JONES, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>DESIGNED RECEIVABLE SOLUTIONS, INC., a Nevada Corporation; EQUIFAX INFORMATION SERVICES LLC, a Foreign Limited-Liability Company; EXPERIAN INFORMATION SOLUTIONS, INC., a Foreign Corporation; and TRANS UNION LLC, a Foreign Limited-Liability Company,<br><br>Defendant. | Case Number:<br>2:21-cv-00076-JAD-NJK<br><br><br>ORDER GRANTING<br><br>**JOINT MOTION DISMISSING ACTION WITH PREJUDICE AS TO DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC. ONLY**<br><br>ECF No. 28 |

Plaintiff, James Edward Jones ("Plaintiff") and Defendant, Experian Information Solutions, Inc. ("Defendant"), by and through their respective attorneys of record, request that the above-captioned matter be dismissed with prejudice as to Defendant Experian Information

Solutions, Inc. only, pursuant to FRCP 41(a)(2). Each party shall bear its own attorney fees and costs incurred herein.

Dated this 2nd day of June, 2021.

COGBURN LAW

By: */s/Erik W. Fox*
_____
    Jamie S. Cogburn, Esq.
    Nevada Bar No. 8409
    Erik W. Fox, Esq.
    Nevada Bar No. 8804
    2580 St. Rose Parkway, Suite 330
    Henderson, Nevada 89074
    *Attorneys for Plaintiff*

Dated this 2nd day of June, 2021.

NAYLOR & BRASTER

By: */s/Jennifer L. Braster*
_____
    Jennifer L. Braster, Esq.
    Nevada Bar No. 9982
    1050 Indigo Drive, Suite 200
    Las Vegas, NV 89145
    *Attorneys for Experian Information Solutions, Inc.*

    JONES DAY
    Katherine A. Neben, Esq.
    Nevada Bar No. 14590
    3161 Michelson Drive, Suite 800
    Irvine, CA 92612
    *Attorneys for Experian Information Solutions, Inc.*

## ORDER

    Good cause appearing, IT IS HEREBY ORDERED that the joint motion to dismiss plaintiff's claims against Experian Information Solutions, Inc. [ECF No. 28] is GRANTED. Plaintiff's claims against Experian Information Solutions, Inc. are DISMISSED with prejudice, each side to bear its own fees and costs.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: June 4, 2021