COGBURN LAW
Jamie S. Cogburn, Esq.
Nevada Bar No. 8409
jsc@cogburncares.com
Erik W. Fox, Esq.
Nevada Bar No. 8804
ewf@cogburncares.com
2580 St. Rose Parkway, Suite 330
Henderson, Nevada 89074
Telephone: (702) 748-7777
Facsimile: (702) 966-3880
*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JAMES EDWARD JONES, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>DESIGNED RECEIVABLE SOLUTIONS, INC., a Nevada Corporation; EQUIFAX INFORMATION SERVICES LLC, a Foreign Limited-Liability Company; EXPERIAN INFORMATION SOLUTIONS, INC., a Foreign Corporation; and TRANS UNION LLC, a Foreign Limited-Liability Company,<br><br>Defendant. | Case Number:<br>2:21-cv-00076-JAD-NJK<br><br>**Order Granting Joint Motion to Dismiss Claims against Defendant Designed Receivable Solutions, Inc.**<br><br>ECF No. 33 |

Plaintiff, James Edward Jones ("Plaintiff") and Defendant, Designed Receivable Solutions, Inc., by and through their respective attorneys of record, request that the above-captioned matter

. . .

. . .

. . .

. . .

be dismissed with prejudice as to Defendant Designed Receivable Solutions, Inc. only, pursuant to FRCP 41(a)(2). Each party shall bear its own attorney fees and costs incurred herein.

Dated this 8th day of September, 2021.                    Dated this 8th day of September, 2021.

COGBURN LAW                                               ALVERSON TAYLOR & SANDERS

By: */s/Erik W. Fox*                                      By: */s/Trevor Waite*
    Jamie S. Cogburn, Esq.                                    Kurt Bonds, Esq.
    Nevada Bar No. 8409                                       Nevada Bar No. 6228
    Erik W. Fox, Esq.                                         Trevor Waite, Esq.
    Nevada Bar No. 8804                                       Nevada Bar No. 13779
    2580 St. Rose Parkway, Suite 330                          6605 Grand Montecito Pkwy., Suite 200
    Henderson, Nevada 89074                                   Las Vegas, Nevada 89149
    *Attorneys for Plaintiff*                                 *Attorneys for Defendant, Designed Receivable Solutions, Inc.*

## ORDER

With good cause appearing, IT IS HEREBY ORDERED that the joint motion to dismiss **[ECF No. 33] is GRANTED. ALL CLAIMS AGAINST Defendant Designed Receivable Solutions, Inc., are DISMISSED** with prejudice, each side to bear its own fees and costs.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: September 14, 2021